AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Northern District of California

<table>
<tr><td>In the Matter of the Search of<br><br><i>(Briefly describe the property to be searched<br>or identify the person by name and address)</i><br><br>ONE SUBJECT TEXTNOW ACCOUNT FOR<br>INVESTIGATION OF 18 U.S.C. § 2422(b)</td><td>)<br>)<br>)<br>)<br>)<br>)</td><td>Case No.    CR 25-70964-NC</td></tr>
</table>

**FILED**

Aug 07 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A of the affidavit (attached hereto and incorporated by reference).

located in the _____ Northern _____ District of _____ California _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B of the affidavit (attached hereto and incorporated by reference).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2422(b) | Attempted coercion and enticement of a minor to engage in criminal sexual conduct. |

The application is based on these facts:

See attached Affidavit of Davis Mendelsohn, a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI).

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

CERTIFICATION: I am an attorney for the government. Applicant's agency is conducting an ongoing criminal investigation, and the information likely to be obtained through this application is relevant to that investigation.

/s/

_____
*Applicant's signature*

S.A. Davis Mendelsohn

/s/ Matthew Chang
AUSA Matthew Chang

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____ Sworn by Telephone _____ *(specify reliable electronic means)*.

Date: _____ 8/6/2025 _____

_____
*Judge's signature*

City and state: _____ San Jose, CA _____

Hon. Nathanael Cousins, U.S. Magistrate Judge

_____
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN**
**APPLICATION FOR A SEARCH WARRANT**

I, Davis Mendelsohn, being duly sworn, state as follows:

**INTRODUCTION**

1.      I make this affidavit in support of an application for a search warrant for information associated with the TextNow account identified by username "eantonio1" and email address "supra4lifee@gmail.com" (hereinafter the "SUBJECT ACCOUNT") for April 21, 2025 (Pacific Time). As shown below, there is probable cause to believe that the SUBJECT ACCOUNT was used by Edy Antonio Jr. ("ANTONIO").

2.      TextNow Inc. (hereinafter the "PROVIDER") is a provider of electronic communication and remote computing services headquartered at 1 Sutter Street, Unit 800, in San Francisco, California.[1]  The information to be searched is described in Attachment A. This affidavit is made in support of an application for a warrant under Title 18, United States Code, Sections 2703(a), 2703(b)(1)(A), 2703(c)(1)(A) and 2703(d) to require the PROVIDER to disclose to the government copies of the information (including the content of communications) described in Section II of Attachment B. Upon receipt of the information described in Section II of Attachment B, law enforcement agents and/or individuals assisting law enforcement and acting at their direction will review that information to locate the items described in Section III of Attachment B. Attachments A and B are incorporated herein by reference.

---

[1] Because this court has jurisdiction over the offense(s) being investigated, it may issue the warrant to compel the PROVIDER under 18 U.S.C. §§ 2703(a), (b)(1)(A), (c)(1)(A). See 18 U.S.C. §§ 2703(a) ("A governmental entity may require the disclosure by a provider . . . pursuant to a warrant issued using the procedures described in the Federal Rules of Criminal Procedure . . . by a court of competent jurisdiction") and 2711 ("the term 'court of competent jurisdiction' includes -- (A) any district court of the United States (including a magistrate judge of such a court) or any United States court of appeals that – (i) has jurisdiction over the offense being investigated; (ii) is in or for a district in which the provider of a wire or electronic communication service is located or in which the wire or electronic communications, records, or other information are stored; or (iii) is acting on a request for foreign assistance pursuant to section 3512 of this title").

3.     As described more fully below, there is probable cause to believe that information associated with the SUBJECT ACCOUNT constitutes evidence, contraband, fruits, or instrumentalities of criminal violations of Title 18, United States Code, Section 2422(b), attempted or actual enticement of a minor to engage in criminal sexual conduct.

4.     This affidavit is intended to show there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. The facts in this affidavit are based on my personal observations, my training and experience, records and reports, and information provided to me by other law enforcement officials and witnesses. All times in this affidavit are approximate.

## AFFIANT BACKGROUND

5.     I have been a special agent (SA) with Homeland Security Investigations (HSI), an investigative component of the United States Department of Homeland Security, since January 2019. I am currently assigned to HSI's Office of the Resident Agent in Charge in Monterey, California. As part of my daily duties, I investigate violations of federal laws related to the sexual exploitation of children. Prior to my employment with HSI, beginning in June 2016, I was a sworn investigator with the California Department of Motor Vehicles (DMV). While employed with the DMV, I conducted investigations related to a variety of criminal and administrative offenses.

6.     Throughout my law enforcement career, I have received training on conducting criminal investigations as well as searches and seizures. In 2017, I completed a 24-week-long basic police academy in California, and in 2019, I completed the Criminal Investigator Training Program and HSI Special Agent Training program, a total of 26 weeks of training, at the Federal Law Enforcement Training Center in Brunswick, Georgia. Since becoming a federal law enforcement officer, I have written probable cause affidavits in support of multiple federal search warrants and criminal complaints for cases involving the sexual exploitation of children.

7.     Further, in April 2022, I attended a week-long training, hosted by the Silicon Valley Internet Crimes Against Children Task Force, on acting in an undercover capacity on the internet to investigate child exploitation offenses. Additionally, in April 2024, I attended a four-day training provided by HSI on the same subject matter. Both trainings covered undercover communications with targets of child exploitation investigations. I have led and participated in multiple investigations during which I acted in an undercover capacity on the internet to investigate child exploitation offenses.

## APPLICABLE STATUTES

8.     This investigation concerns an alleged violation of Title 18, United States Code, Section 2422(b), which prohibits using or attempting to use the mail or any facility or means of interstate or foreign commerce to persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in prostitution or any sexual activity for which a person can be charged with a criminal offense.

## DEFINITIONS

9.     The following definitions apply to this affidavit and Attachment B:

a.     **Chat:** Any kind of text communication over the Internet that is transmitted in real time from sender to receiver. Chat messages are generally short so that other participants can respond quickly and in a format that resembles an oral conversation. This feature distinguishes chatting from other text-based online communications such as Internet forums and email.

b.     **Internet Protocol (IP) Address:** A unique number associated with a computer or other device that accesses the Internet. IP addresses can be "dynamic," meaning that the internet service provider (ISP) assigns a different unique number to a computer every time it accesses the Internet. Alternatively, IP addresses are considered "static" if an Internet service

provider (ISP) assigns a user's computer a particular IP address that is used each time the computer accesses the Internet.

      c.    **Minor:** Under 18, United States Code, Section 2256(1), any person under the age of eighteen years.

## BACKGROUND ON TEXTNOW

10.    Based on my training and experience, and my review of the TextNow website[2], I understand the following:

      a.    TextNow is a Voice over Internet Protocol ("VoIP") service, run by the PROVIDER, that allows users to send and receive text messages and/or call any phone number in Canada and the United States. All TextNow users are assigned a real 10-digit phone number, containing a three-digit area code and seven-digit number, which can be used on any smartphone, tablet, or desktop computer with an internet connection. TextNow accounts can be simultaneously used on multiple devices.

      b.    The TextNow application is available for download via the Apple App Store for iOS devices and via the Google Play Store for Android devices. TextNow also has applications for Windows and Mac computers available for download on its website, and computer users can also access the TextNow service through the TextNow website with their web browser.

      c.    In order to sign up for TextNow, users must provide a valid email address and create a unique username for their account. Users must also provide TextNow with a first name and last name. Users can also sign up for TextNow through an existing Facebook or Google account. Under the TextNow Terms of Use Agreement, TextNow users agree to

---

[2] The referenced TextNow URL is as follows: https://help.textnow.com/hc/en-us/articles/360052815553-What-is-TextNow.

receive written correspondence from TextNow regarding their account via the email address provided at the time of registration. Based on my training and experience, I know TextNow users can choose to change their assigned TextNow phone number once every fifteen days. The TextNow website also states that once a user releases their assigned TextNow number, it cannot be returned to them. Thus, the same phone number may be used by multiple people over a period of time, but two people never have access to the same TextNow phone number at the same time.

## FACTS SUPPORTING PROBABLE CAUSE

<u>SUMMARY</u>

11.     On April 21, 2025 (Pacific Time), an undercover HSI agent posted an advertisement on a website dedicated to promoting commercial sex services. The advertisement contained images of what appeared to be two young females. When ANTONIO responded to the advertisement, the undercover HSI agent told him the females featured in the advertisement were 12 and 14 years old. Throughout the course of his text communications with the undercover agent, ANTONIO arranged to pay $500 to have unprotected sex with the purported children. Thereafter, ANTONIO traveled to the planned meeting location in Salinas, California, a city within the Northern District of California.

12.     Investigators subsequently discovered ANTONIO used a TextNow phone number to communicate with the undercover agent. Records obtained from the PROVIDER reported over 20 phone numbers, including the phone number he used to communicate with the undercover agent, as registered to the SUBJECT ACCOUNT at various times and that ANTONIO created the SUBJECT ACCOUNT in May 2017. Furthermore, during an interview, ANTONIO stated he has previously paid adults for sex.

THE INITIAL ADVERTISEMENT

13.     On April 21, 2025, at approximately 11:08 AM (Pacific Time), while acting in an undercover capacity, I posted an advertisement on a website used to promote commercial sex services (hereinafter "Website A"). The advertisement indicated the poster was in the area of Salinas, California, contained images of what appeared to be two young females,[3] listed their ages as "99," and listed a contact phone number monitored by law enforcement. The title of the advertisement read: "TIGHT and FRESH and ready for FUN!!" The body of the post contained the following text:

Traveling thru town, cum get us while u can!! 😘 😘

2 pretty lil flowers that are ready to bloom 🌻

ask about Spring specials and a double discount 🌸 😋 🌸

NO BULLSHIT 🚫

NO COPS 🚫

100% independent ✅

14.     Based on my training and experience, I know that Website A is known for promoting prostitution. While Website A requires users to be at least 18 years old, it has been used to advertise commercial sex acts with both adults and children. As such, the above-described advertisement was targeted toward individuals interested in paying for sex with minors. More specifically, the word "cum," along with "NO COPS," indicates to the reader that sex is being advertised for sale. Additionally, the phrases "tight," "fresh," and "pretty lil flowers that are ready to bloom" – in conjunction with the photos described herein – indicate to the reader that the sex being advertised is with young girls.

---

[3] The individuals featured in the advertisement's images and the image I subsequently sent to ANTONIO were portrayed to ANTONIO as 14-year-old and 12-year-old girls, but in reality, are adult employees of a law enforcement agency. The two individuals had their faces blocked with emojis, a small digital image/icon.

UNDERCOVER COMMUNICATIONS WITH ANTONIO

15.     On the same day, at approximately 12:00 PM, an individual later identified as Edy ANTONIO Jr. used a specific phone number (hereinafter "Phone Number 1") to text the phone number listed in the advertisement (hereinafter the "UC Phone"), "Hello! What are your rates and services? & have any recent pics aside from the post online." After approximately two minutes, ANTONIO called the UC Phone and left a 19-second voicemail that was silent aside from him saying, "Hello?" Approximately one minute later, ANTONIO called again but did not leave a voicemail. ANTONIO then sent two question marks to the UC Phone via text message.

16.     At 12:05 PM, using the UC Phone and acting in an undercover capacity, I wrote, "Hey love." This was the first response to ANTONIO over the UC Phone.[4] I then stated, "I got couple young and fresh. [First Name 1[5]] 14yo and [First Name 2] 12yo. One hour is $400 w both or $300 for 1." I also informed ANTONIO the pictures featured in the advertisement were recent. In response, ANTONIO asked, "Did you get the ages wrong?" I replied, "No thats why im so protective about pics."

17.     At 12:08 PM, ANTONIO asked me if I was "selling these girls" and whether I was "part of any law enforcement." In response to the first question, I asked ANTONIO, "Lol what else is [abbreviation for Website A] for??" and further added "No im not. Are u??" to ANTONIO's inquiry about whether I was part of law enforcement. ANTONIO responded, "What is [abbreviation for Website A]?" I stated, "The place u saw my ad," then sent ANTONIO Website A's full name.

18.     At 12:10 PM, ANTONIO messaged, "Got it. Have a couple more pictures then?" I replied, "There are 3 pics on the ad. What more do u want? I need to protect them cause theyre young,"

---

[4] All substantive communication between law enforcement and ANTONIO until his arrest occurred via text message.

[5] I have omitted names and specific locations in this affidavit.

then added, "I cant be putting their faces out there." In response, ANTONIO specified, "I dont need the face but just the body and stuff. Have like google meet or something to verrify." I stated I could provide a picture of "them holding up fingers or whatever," then said, "If youre not interested thats fine. We have plenty of customers lined up."

19.     At 12:17 PM, ANTONIO requested a "Pic with thumbs up." ANTONIO then asked if the girls were "doing it willingly or unwillingly." I responded, "Are u gonna make them feel good??" ANTONIO responded, "Yahh i will," then added, "So pic." I then sent ANTONIO a picture of a young female giving the camera a "thumbs up" sign. ANTONIO ("EA" in the following transcript) and I ("UC" in the following transcript) then exchanged the following messages:

| | |
|---|---|
| **UC:** | Sorry just one.. the other is busy |
| **EA:** | How old is this one? |
| **UC:** | 14 |
| | Did u get the pic? |
| **EA:** | Yahh. Okay i can do the 14. Where at? |
| **UC:** | What time? Do u want both? |
| **EA:** | I can do both. What time do you have |
| **UC:** | The 12yo is busy now for the pic. Wont be busy later |
| **EA:** | Around what time |

20.     At 12:30 PM, after receiving no reply to his last message, ANTONIO sent me two question marks. I then asked ANTONIO if he was free all day, and ANTONIO stated he was free until approximately 2:00 PM. I clarified, "U want to meet before 2?" ANTONIO replied, "Yes. So like right now or before 2." Less than five minutes later, after receiving no response, ANTONIO again sent me two question marks. Then, beginning at 12:49 PM, ANTONIO and I exchanged the following messages:

| | |
|---|---|
| **UC:** | How long u want? |
| | And both?? |
| **EA:** | Yes for both |

**UC:**    How long?? The full hour?

**EA:**    Hr

**UC:**    And what services u want?

Services?? Sry just trying to juggle everyone lol

**EA:**    What services are available

**UC:**    Full service[6] w condom is $400 for both girls

$450 for no condom

GFE[7] is a lil extra

**EA:**    How much is the gfe and no condom for?

**UC:**    HJ BJ[8] only is $250 for both girls

$450 full service w out condom

GFE no condom $500 for both

**EA:**    Ill do 500. & how many times can i cum in the hr session

**UC:**    As many times as u want lol

**EA:**    Okay then. Address

21.    At 1:05 PM, to reassure me he was "not a cop," ANTONIO sent me a selfie-style picture of himself. Shortly after, I told ANTONIO we could meet at 1:45 PM and that I would give him the address soon. I then asked ANTONIO if he was in Salinas. ANTONIO wrote he was in Salinas and asked if we could meet earlier.

22.    At 1:28 PM, ANTONIO wrote he had to leave Salinas by 2:30 PM. ANTONIO then wrote, "& send me the address so i can start driving and ill be there by 145." Approximately five

---

[6] Based on my training and experience, "full service," in the context of human trafficking investigations, refers to sexual intercourse, including penetrative sex.

[7] Based on my training and experience, "GFE," in the context of human trafficking investigations, stands for "girlfriend experience." This is similar to "full service," but is expected to be more intimate and include reciprocal sexual pleasure.

[8] Based on my training and experience, I know "HJ" is short for "hand job" and that "BJ" is short for "blow job." These terms refer to sexual activity involving an individual's hands and/or mouth and sex organs. In the human trafficking context, as this activity does not necessarily include penetration, it typically costs less than penetrative sex.

minutes later, after receiving no response, ANTONIO sent me two question marks. Shortly after, I sent ANTONIO the address to a Starbucks that shares a parking lot with a hotel, then stated, "U can meet here."

ANTONIO'S ARRIVAL TO THE MEETING LOCATION

23.    At 1:37 PM, ANTONIO wrote he was approximately five minutes away from the meeting location. Minutes after, ANTONIO clarified he was in a "white car." By this time, multiple Salinas Police Department (SPD) law enforcement officers and I were in the shared parking lot of the Starbucks and hotel to conduct surveillance.

24.    At 1:42 PM, ANTONIO wrote, "Im here." Less than one minute later, after receiving no response, ANTONIO sent me two question marks. Shortly later, after receiving no response, ANTONIO repeated, "Im here." I later reviewed video footage that captured ANTONIO's vehicle entering the parking lot of the Starbucks and hotel. The footage shows ANTONIO conducting what appears to be countersurveillance in the parking lot by driving around the perimeter of the hotel. Based on my knowledge, training, and experience, upon arriving to a meeting location, offenders often look for law enforcement.

25.    At 1:45 PM, I asked ANTONIO where he parked. About one minute later, ANTONIO stated, "I just parked." I again asked ANTONIO where he parked and whether he was in a car or a truck, and ANTONIO responded, "Your asking to many questions. Its making me question that your a cop." ANTONIO expanded, "I am parked close to starbucks thats all i can say," then asked, "Where are you?" Around this time, officers conducting surveillance observed a white Honda Odyssey parked near Starbucks. Officers determined the sole male occupant, later identified as ANTONIO, looked similar to the male in the selfie-style image ANTONIO sent earlier that day. Government records identified ANTONIO as the registered owner of the Honda.

26.    At 1:48 PM, I wrote, "Ok lol u can just come up to the room," specifying, "303 at the hotel right there." ANTONIO replied, "And you are not a cop or affiliated with any law enforcement right." After I stated I was not, ANTONIO replied, "How can you reassure me that you are not." I then told ANTONIO I had already reassured him, adding, "I sent the pics." ANTONIO replied, "Just one you did." Around this time, after I provided ANTONIO with the room number for the "hotel right there," I and SPD officers conducting surveillance observed the white Honda Odyssey relocate from its parking spot near the Starbucks to a parking spot in front of and closer to the hotel's lobby.

27.    At 1:50 PM, ANTONIO called the UC Phone, and I did not answer. ANTONIO then messaged, "Can you send me another?" This was the last message ANTONIO sent to the UC Phone. A short time later, SPD officers began to effectuate his arrest. During this process, ANTONIO took over 30 seconds to exit his vehicle. Once ANTONIO exited his car, SPD officers arrested him and identified him by his California driver's license. When an SPD officer searched ANTONIO incident to arrest, the officer located exactly $500 in his pants pocket. Officers then located ANTONIO's phone and wallet inside his car. When I called and sent a text message to Phone Number 1, I did not observe any notifications appear on the phone. As described further below, I later discovered notifications did not appear on ANTONIO's phone because as SPD officers began to effectuate his arrest, he deleted the third-party messaging application he used to message the UC Phone.

INTERVIEW OF ANTONIO

28.    ANTONIO provided a post-*Miranda* statement. Based on my limited involvement in the interview and my review of the entire recording of the interview, I learned the following:

    a.    ANTONIO originally stated he was at Starbucks to get coffee on his way to work in Monterey, California. For almost two hours, ANTONIO denied being at the Starbucks or hotel parking lot to pay money in exchange for commercial sex services with children.

ANTONIO claimed not to know how someone else obtained a selfie-style image of him and sent it to the undercover agent. When ANTONIO viewed the image, he admitted it was him.

b.       According to ANTONIO, he is a respiratory therapist who works with patients of all ages at two local hospitals (one in Salinas and one in Monterey). ANTONIO confirmed multiple times during the interview he was on his way to work in Monterey on the day of the arrest. ANTONIO agreed the Starbucks in question was out of the way in relation to the most logical routes he could take from his house to work in Monterey. However, ANTONIO claimed he was used to going to that specific Starbucks since he also works at a hospital in Salinas.

c.       ANTONIO eventually admitted he was in the hotel parking lot to exchange money for sex with both the 12-year-old girl and the 14-year-old girl. Multiple times, ANTONIO stated he was "curious" after seeing the advertisement on Website A. At one point in the interview, ANTONIO stated, "I'd just like to say I'm sorry. Um, I can't take back what I did, but I can learn from it. Um, I'm happy it's not, it's not real, that these girls aren't being sold real, but I know it's happening out there, especially in the third-world countries."

d.       ANTONIO stated Phone Number 1 was a TextNow phone number. ANTONIO admitted to deleting TextNow from his phone when SPD officers in marked police cars contacted him to arrest him in the parking lot.

e.       ANTONIO told investigators that "full service" means "everything," including "sex." An investigator asked ANTONIO, "Was that your intention of trying to meet those girls?" ANTONIO stated it was his initial intention. The investigator then asked, "You agreed to pay $500 to receive full service from both girls, correct? A 12-year-old and 14-year-old?" ANTONIO replied, "Yeah," then said he did not plan to stay for a full hour, as he was running late to work.

f.    ANTONIO admitted to previously paying money to have sex with adults. Initially, ANTONIO claimed the last time he paid anyone for sex was eight to 10 years ago. When a detective asked ANTONIO if investigators would find anything on ANTONIO's phone regarding "previous meetups," ANTONIO said he was "pretty sure" those who he has paid for sex were "one hundred percent adults."

g.    Toward the end of the interview, ANTONIO stated he "flips through" Website A about once every two weeks. ANTONIO stated he does not "search for minors" and that the advertisement was just the first one he saw. ANTONIO estimated he has previously had four or five encounters through Website A. ANTONIO said the encounters were with "mostly adults." When an investigator asked ANTONIO to clarify, ANTONIO stated, "All. All were adults."

CASE STATUS

29.    Pursuant to a criminal complaint (CR 25-70539-MAG), the United States Attorney's Office subsequently charged ANTONIO with attempted enticement of a minor to engage in criminal sexual conduct (Title 18, United States Code, Section 2422(b)). This case is now before the Honorable Noël Wise (5:25-cr-00150-NW).

THE SUBJECT ACCOUNT

30.    On April 26, 2025, in response to a United States Department of Homeland Security (DHS) summons, the PROVIDER produced subscriber information and IP address data associated with Phone Number 1. The data from the PROVIDER reported Phone Number 1 was associated with the SUBJECT ACCOUNT from March 4, 2025, until April 23, 2025, and that the registration date of the SUBJECT ACCOUNT was on May 12, 2017.[9] The data further reported Phone Number 1 was

---

[9] The dates and times reported by the PROVIDER are in the Universal Coordinated Time (UTC) time zone. In this affidavit, I converted the dates and times to local time.

associated with other TextNow accounts before and after it was associated with the SUBJECT ACCOUNT. As previously discussed in this affidavit, TextNow phone numbers can be assigned to different TextNow accounts during different times, but never to more than one account at the same time.

31.     On April 30, 2025, in response to a DHS summons, Comcast produced subscriber information for an IP address associated with Phone Number 1 on April 23, 2025, while Phone Number 1 was still registered to the SUBJECT ACCOUNT. The data produced by Comcast reported the subscriber of the IP address was attributed to ANTONIO's residence.

32.     On May 13, 2025, in response to a DHS summons, the PROVIDER produced subscriber information associated with the SUBJECT ACCOUNT, which reported that at least 25 phone numbers, including Phone Number 1, have been associated with the SUBJECT ACCOUNT. The first phone number began its association with the SUBJECT ACCOUNT on March 31, 2020, and the most recent phone number's "ownership to" date was April 29, 2025, the date I submitted the summons to the PROVIDER.[10]

33.     On May 22, 2025, in response to a DHS summons, Google produced subscriber data for email address "supra4lifee@gmail.com," the email address associated with the SUBJECT ACCOUNT. According to Google, the name for the Google account was "pua mckenzie" and the recovery phone number was 831-444-2488, the phone number ANTONIO provided as his own during his interview with police. Then, in response to a separate DHS summons, AT&T reported the subscriber for phone number 831-444-2488 belonged to ANTONIO's romantic partner.

---

[10] The data produced by the PROVIDER included a disclaimer, "Ownership dates are restricted to the beginning and end of the requested date range." Therefore, it is possible the latest phone number associated with the SUBJECT ACCOUNT is still active.

TRAINING, EXPERIENCE, AND SUMMARY

34.    Based on my training and experience, I know individuals who engage in criminal activity sometimes use applications like TextNow, rather than their primary phone numbers, to attempt to conceal their identity when communicating with others regarding their criminal activity. Often, those involved in criminal activity regularly change their phone numbers to attempt to further obfuscate their crimes. Also, changing phone numbers with a VoIP application like TextNow is easier than purchasing entirely new phones.

35.    Based on my training and experience, I also know law abiding people generally do not change their phone numbers over 20 times in under six years. As the records from the PROVIDER indicate, ANTONIO used 26 different TextNow phone numbers between March 2020 and April 2025. In fact, even after SPD arrested ANTONIO on April 21, 2025 (Pacific Time), ANTONIO used the SUBJECT ACCOUNT to obtain yet another TextNow phone number. Based on my training and experience, as well as on my investigation of this matter, I believe ANTONIO may have used the SUBJECT ACCOUNT primarily to solicit commercial sex services. ANTONIO himself admitted he previously engaged in commercial services multiple times, and he also claimed to have done so eight to 10 years ago.

//

//

//

//

//

//

//

## **CONCLUSION**

36.     Based on my knowledge, training, experience, and the facts set forth in this affidavit, I respectfully submit there is probable cause to search for and seize data registered to the SUBJECT ACCOUNT on April 21, 2025 (Pacific Time). The government will execute this warrant by serving the warrant on the PROVIDER. Because the warrant will be served on the PROVIDER, which will then obtain the information at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

37.     I declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief.

_/s/_____
DAVIS MENDELSOHN
Special Agent
Homeland Security Investigations


        Sworn to before me over the telephone and signed by me pursuant to FED. R. CRIM. P. 4.1 and 4(d) on this __6__ day of August 2025.

_____
HON. NATHANAEL COUSINS
United States Magistrate Judge

## **ATTACHMENT A**

### **Particular Things to be Searched**

1.      This warrant applies to information associated with the TextNow account identified by username "eantonio1" and email address "supra4lifee@gmail.com" that is within the custody or control of TextNow Inc., a company headquartered at 1 Sutter Street, Unit 800, San Francisco, CA 94104, regardless of where such information is stored, held, or maintained.

## ATTACHMENT B

### Particular Things to be Seized

1.      To ensure that agents search only the account described in Attachment A, this search warrant seeks authorization to permit employees of TextNow Inc. ("**TextNow**") to assist agents in the execution of the warrant. To further ensure that agents executing this warrant search only the account described in Attachment A, the following procedures will be implemented:

**I.      Search Procedure**

2.      The search warrant will be presented to **TextNow**'s personnel, who will be directed to isolate the account and files described in Section II below:

      a.      In order to minimize any disruption of computer service to third parties, **TextNow**'s employees will create an exact duplicate of the account and files described in Section II below.

      b.      Law enforcement personnel will then thereafter review the information received from **TextNow**, and identify and copy only the information as authorized in Section III below; and

      c.      Law enforcement personnel will then seal the original duplicate of the accounts and files received from **TextNow**, employees and will not further review the original duplicate absent an order of the Court.

In the review of information provided by **TextNow** in response to this warrant, the government must make reasonable efforts, to the extent required by the Fourth Amendment, to use methods and procedures that will locate and expose those categories of files, documents, or other electronically stored information that are identified with particularity in the warrant while minimizing exposure or examination of irrelevant or attorney-client privileged files to the extent reasonably practicable.

**II.    Files and Accounts to Be Copied by TextNow's Employees**

3.      To the extent that the information described in Attachment A is within the possession, custody, or control of **TextNow**, regardless of whether such information is located within or outside of the United States, including any chats, records, files, logs, or information that have been deleted but are still available to **TextNow**, or has been preserved in response pursuant to a request made under 18 U.S.C. § 2703(f), **TextNow** is required to disclose the following information to the government for the account listed in Attachment A for April 21, 2025 (Pacific Time):

a.      The contents of all emails and chat sessions stored in the account from April 21, 2025 (Pacific Time), including copies of chats and calls sent to and from the account, draft chats, the source and destination addresses/phone numbers associated with each chat/call, the date and time at which each chat/call was sent, and the size and length of each chat/call;

b.      All records or other information regarding the identification of the account, including full name, physical address (including city, state, and zip code), telephone numbers and other identifiers (i.e. date of birth, screen names, device identification numbers), records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

i.      Any TextNow accounts associated with the account listed in Attachment A, including by means of sharing a common device, secondary, recovery, or alternate email address listed in subscriber records for the account or by means of sharing a common phone number or SMS number listed in subscriber records for the

account, and any account that lists the account as a secondary, recovery, or alternate email address.

ii. All information about the connections between the account and third-party websites and applications;

c. All subscriber records for the account;

d. All records or other information stored by an individual using the account, including "biographies," address books, contact and friend/buddy lists (including TextNow users who have been blocked by the account), activity logs related to the account, searches performed on the account, background/themes, calendar data, pictures and videos, documents, and files;

e. All photos and videos uploaded, and all photos and videos uploaded by any user that have the account tagged in them, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

f. All records associated with the uploading, sending, and receipt of images, documents, and files, including all time and date stamps, device information, and IP addresses for each interaction;

g. All records pertaining to communications between **TextNow** and any person regarding the account, including contacts with support services and records of actions taken; and

h. All records or other information regarding the user's account settings.

**TextNow is hereby ordered to disclose the above information to the government within 14 days of service of this warrant.**

**III.    Information to be Seized by the Government**

4.    All information described above in Section II that constitutes fruits, contraband, evidence, and/or instrumentalities of violations of Title 18, United States Code, Section 2422(b), attempted coercion and enticement of a minor to engage in criminal sexual conduct involving Edy ANTONIO Jr., specifically, for each account or identifier listed on Attachment A, information pertaining to the following matters:

a.    **Subscriber data** associated to username "eantonio1," email address "supra4lifee@gmail.com," and phone number "831-243-3396" from April 21, 2025 (Pacific Time).

b.    **Call logs associated** to username "eantonio1," email address "supra4lifee@gmail.com," and phone number "831-243-3396" from April 21, 2025 (Pacific Time).

c.    **Media files**, including images or videos, associated to username "eantonio1," email address "supra4lifee@gmail.com," and phone number "831-243-3396" from April 21, 2025 (Pacific Time).

    i.    Any images or videos of ANTONIO relating to the subject offense;

    ii.    Any images or videos of suspected minor or adult victims of sex trafficking;

d.    **IP address logs** associated to username "eantonio1," email address "supra4lifee@gmail.com," and phone number "831-243-3396" from April 21, 2025 (Pacific Time).

e.    **Any chat communication and/or message logs**, including the **content of the chats/messages**, regarding the subject offense and associated to username "eantonio1," email

address "supra4lifee@gmail.com," and phone number "831-243-3396" from April 21, 2025 (Pacific Time).

      f.    **Phone numbers** of suspected victims or sex traffickers that communicated with username "eantonio1," email address "supra4lifee@gmail.com," and phone number "831-243-3396" from April 21, 2025 (Pacific Time).

      g.    **Records relating** to who created, used, or communicated with the account;

      h.    **Identification** of other accounts, domains, IP addresses, and computers owned or controlled by the same individual(s) controlling each account listed at Attachment A; and

      i.    The following documents that tend to establish the identity of the person or persons in control of the account: identification documents (such as driver's licenses or passports), photographs, bills, receipts, vehicle registration documents, statements, leasing agreements, personal address books, calendars, daily planners, and personal organizers.